Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JEANETTE VALVANO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE VALVANO | Case No.: 2:17-cv-01315 CKD |
| Plaintiff, | STIPULATION & ORDER TO EXTEND TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | |
| Defendant. | (FIRST REQUEST) |

Plaintiff Jeanette Valvano and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from November 27, 2017 to December 27, 2017 for Plaintiff to file a motion for summary judgment and/or remand, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

-1-

1 | This request is made at the request of Plaintiff's counsel who needs the
2 | additional time due an illness which prevented him from performing meaningful
3 | work activities for several days. Counsel had a 102-degree fever and was
4 | bedridden for the good part of the last week. Counsel apologizes for any
5 | inconvenience this request has on the Court, its staff, and all parties.

DATE: November 28, 2017          Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Cyrus Safa*
_____
Cyrus Safa
Attorney for plaintiff Ms. Jeanette Valvano

DATE: November 28, 2017

PHILLIP A. TALBERT
United States Attorney

BY: /s/ *Richard Rodriguez*
_____
Richard Rodriguez
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

IT IS SO ORDERED.

Dated: December 4, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE