McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 415-977-8926
    Facsimile: 415-744-0134
    E-mail: richard.rodriguez@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEANETTE VALVANO, | ) |
| | ) Case No. 2:17-cv-01315 CKD |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO EXTEND** |
| | ) **DEFENDANT'S TIME TO FILE HER** |
| | ) **RESPONSIVE BRIEF** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

    The parties, through their respective counsel, stipulate the time for filing of defendant's opposition to plaintiff's opening brief be extended from January 26, 2018, to February 16, 2016.

    This is defendant's first request for an extension of time to file a response to Plaintiff's opening brief. Defendant needs the additional time to further review the file in light of the issues raised by Plaintiff in her opening brief; an unusually heavy work load where the undersigned has 6 briefs due, one on January 25, 2018, two on January 26, 2018, one on January 29, 2018, one on February 1, 2018, and two on February 2, 2018, and one employee relations matter that is on the

verge of settlement. In addition, due to the recent government shutdown, the undersigned lost two days where he was going to be working on this matter.

Counsel for Defendant conferred with Plaintiff's counsel by email, who has no opposition to this request.

This request is made in good faith without any intention to unduly delay the litigation of this case. The scheduling order shall be extended accordingly. The undersigned apologizes to this Court, Plaintiff, and her counsel for any inconvenience caused by this request.

DATED: January 23, 2018 McGREGOR W. SCOTT
United States Attorney

By: */s/ Richard M. Rodriguez*
RICHARD M. RODRIGUEZ
Special Assistant U.S. Attorney
Richard.rodriguez@ssa.gov
Attorneys for Defendant
Nancy A. Berryhill,
Acting Commissioner of Social Security

DATED: January 23, 2018 */s/Cyrus Safa, Esq.*
By: Richard M. Rodriguez,
as authorized by email on January 22, 2018
CYRUS SAFA, ESQ., CSBN: 282971
Attorney for Plaintiff

**APPROVED AND SO ORDERED.**

Dated: January 26, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE